

# The Attorney General of Texas

April 8, 1980

MARK WHITE
Attorney General

Supreme Court Building
P.O. Box 12548
Austin, TX. 78711
512/475-2501

701 Commerce, Suite 200
Dallas, TX. 75202
214/742-8944

4824 Alberta Ave., Suite 160
El Paso, TX. 79905
915/533-3484

723 Main, Suite 610
Houston, TX. 77002
713/228-0701

806 Broadway, Suite 312
Lubbock, TX. 79401
806/747-5238

4313 N. Tenth, Suite F
McAllen, TX. 78501
512/682-4547

200 Main Plaza, Suite 400
San Antonio, TX. 78205
512/225-4191

An Equal Opportunity/
Affirmative Action Employer

Honorable Philip D. Creer, FAIA
Executive Director
Texas Board of Architectural
  Examiners
5555 N. Lamar Boulevard
Austin, Texas 78751

Opinion No. MW-164

Re: Reinstatement of landscape architects whose licenses have lapsed.

Dear Mr. Creer:

You inquire about the proper procedure for reinstating the license of a landscape architect for failure to renew annually. Your board is now charged with the administration of the landscape architects law governing registration of landscape architects following the abolition of the Board of Landscape Architects by the 66th session of the legislature. Acts 1979, 66th Leg., ch. 619, § 9, at 1393.

Section 7 of article 249c, V.T.C S., provides that all certificates of registration shall expire each year on the date set by the board as part of a staggered renewal system and shall become invalid unless renewed. This section makes the following provision for failure to renew by the deadline:

> ... Failure to renew a certificate of registration by the expiration date established by the board shall result in an increase of the renewal fee by $20. If failure to renew shall continue for more than 90 days after the date of expiration of the certificate of registration, the applicant must reapply for registration and must qualify under Section 5 of this Act. All renewal certificates shall carry the same registration number as the original certificate.

This provision makes it clear that failure to renew for up to 90 days results in a $20 increase in the renewal fee. If failure to renew continues for more than 90 days, the applicant must qualify under section 5 of article 249c, V.T.C.S., which requires that he (1) be at least 18 years of age, (2) hold a degree in landscape architecture or have seven years of experience in the field, and (3) take an examination. We believe that persons who fail to renew within 90 days are required to take the examination provided for in

section 5.  Having previously been licensed, they will already meet the requirements as to age and study.  Thus, if the requirement that they qualify under section 5 is to mean anything at all, they must retake the examination.

### S U M M A R Y

A landscape architect who fails to renew his license within 90 days of its expiration must take the examination required by section 5 of article 249c, V.T.C.S.

Very truly yours

MARK WHITE
Attorney General of Texas

JOHN W. FAINTER, JR.
First Assistant Attorney General

TED L. HARTLEY
Executive Assistant Attorney General

Prepared by Susan Garrison
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

C. Robert Heath, Chairman
Bill Campbell
Susan Garrison
Rick Gilpin
Bruce Youngblood